IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DENNIS W. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 1:09-cv-01516-TWP-TAB |
| GREGORY P. BRINKER, MARK RAND, | ) | |
| ELSIE S. TORRES, and | ) | |
| CITY OF INDIANAPOLIS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE**

Before the Court is Plaintiff Dennis Thomas's motion to strike Defendants' partial

motion to dismiss.  [Docket No. 34.]  Plaintiff argues that Defendants' motion to dismiss repeats

"almost verbatim" the arguments set forth in their previous motion to dismiss, which Defendants

withdrew following Plaintiff's amended complaint.  [*Id.* at 1–2.]  Defendants respond that

generally under Federal Rule of Civil Procedure 12(f), motions to strike are employed only as a

last resort, and the arguments set forth in their pending motion to dismiss are not entirely

duplicative.  [Docket No. 36.]

The Court agrees with Defendants.  Generally, Rule 12(f) motions are disfavored, and

Defendants' recent motion to dismiss is not identical to their initial motion, as it removes

arguments about Rule 8 standards and punitive damages.  [Docket No. 16; Docket No. 32.]

Moreover, Defendants withdrew their initial motion to dismiss in response to Plaintiff's

amended complaint [Docket No. 36 at 2], so the Court has not addressed their arguments.  Thus,

the Court denies Plaintiff's motion to strike.  [Docket No. 34.]

Dated: 07/20/2010

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Amy L. Cueller
THE CUELLER LAW OFFICE
amy@cuellerlaw.com

Andrew R. Duncan
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS & HASBROOK
ard@rucklaw.com

John F. Kautzman
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS & HASBROOK
jfk@rucklaw.com

Shannon Lee Logsdon
CITY OF INDIANAPOLIS, CORPORATION COUNSEL
slogsdon@indygov.org

John C. Ruckelshaus
RUCKELSHAUS  KAUTZMAN BLACKWELL BEMIS & HASBROOK
jcr@rucklaw.com